| IN RE | * | BKRTCY. NO. 18-05788 ESL |
|---|---|---|
| ALBERT VARGAS MOLINA | * | CHAPTER 13 |
| DEBTOR | * | |

## DEBTOR'S NOTICE OF FILING OF *AMENDED SCHEDULE "J"* OFFICIAL FORM 106J

### TO THE HONORABLE COURT:

**COMES NOW, ALBERT VARGAS MOLINA,** the Debtor in the above captioned

case, through the undersigned attorney, and very respectfully states and prays as follows:

1.The Debtor is hereby submitting *Amended Schedule "J"*, dated May 04, 2019, herewith and attached to this motion.

2.The amended Schedule "J" is amended to adjust the Debtor's monthly expenses to reflect a new disposable income of $360.00 in order to comply with the new proposed Amended Plan payment of $360.00 per month, in the above captioned case.

### NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 1009(b)

**Within thirty (30) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

## CERTIFICATE OF SERVICE

I CERTIFY, that on this same date a copy of this Notice was filed with the Clerk of

the Court using the CM/ECF system which will send notice of same to the Chapter 13

Trustee, the US Trustee's Office, and to all CM/ECF participants; I also certify that a copy of

this notice was sent via regular US mail to the Debtor and to all creditors and interested

parties appearing in the master address list (CM/ECF non-participants), hereby attached.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 06th day of May,

2019.

*/s/Roberto Figueroa Carrasquillo*
USDC #203614
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
ATTORNEY FOR the DEBTOR
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **ALBERT VARGAS MOLINA** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO, SAN JUAN DIVISION |
| Case number (if known) | **3:18-bk-5788** |

Check if this is:

■ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**

   ■ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

   ☐ No
   ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**  ☐ No

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents names.

   ■ Yes. Fill out this information for each dependent.............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Daughter | 20 | ☐ No ■ Yes |
| Son | 17 | ■ No ☐ Yes |
| Daughter | 16 | ☐ No ■ Yes |
| Son | 11 | ■ No ☐ Yes |
| WIFE | | ☐ No ■ Yes |

3. **Do you your expenses include expenses of people other than yourself and your dependents?**   ■ No   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.

   4. $ **725.00**

   If not included in line 4:

| | | | |
|---|---|---|---|
| 4a. | Real estate taxes | 4a. $ | 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ | 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | 65.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ | 0.00 |

5.   **Additional mortgage payments for your residence, such as home equity loans**        5.  $ _____        **0.00**

| 6. | Utilities: | | | |
|---|---|---|---|---|
| | 6a. | Electricity, heat, natural gas | 6a. $ | 284.00 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | 110.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 345.00 |
| | 6d. | Other. Specify: | 6d. $ | 0.00 |
| 7. | Food and housekeeping supplies | | 7. $ | 1,075.00 |
| 8. | Childcare and children's education costs | | 8. $ | 871.00 |
| 9. | Clothing, laundry, and dry cleaning | | 9. $ | 190.00 |
| 10. | Personal care products and services | | 10. $ | 156.06 |
| 11. | Medical and dental expenses | | 11. $ | 28.00 |
| 12. | Transportation. Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ | 346.85 |
| 13. | Entertainment, clubs, recreation, newspapers, magazines, and books | | 13. $ | 120.00 |
| 14. | Charitable contributions and religious donations | | 14. $ | 0.00 |
| 15. | Insurance. Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. Life insurance | | 15a. $ | 0.00 |
| | 15b. Health insurance | | 15b. $ | 0.00 |
| | 15c. Vehicle insurance | | 15c. $ | 0.00 |
| | 15d. Other insurance. Specify: | | 15d. $ | 0.00 |
| 16. | Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. $ | 0.00 |
| 17. | Installment or lease payments: | | | |
| | 17a. Car payments for Vehicle 1 | | 17a. $ | 0.00 |
| | 17b. Car payments for Vehicle 2 | | 17b. $ | 0.00 |
| | 17c. Other. Specify: | | 17c. $ | 0.00 |
| | 17d. Other. Specify: | | 17d. $ | 0.00 |
| 18. | Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I). | | 18. $ | 0.00 |
| 19. | Other payments you make to support others who do not live with you. Specify: | | 19. $ | 0.00 |
| 20. | Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income. | | | |
| | 20a. Mortgages on other property | | 20a. $ | 0.00 |
| | 20b. Real estate taxes | | 20b. $ | 0.00 |
| | 20c. Property, homeowner's, or renter's insurance | | 20c. $ | 0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | | 20d. $ | 0.00 |
| | 20e. Homeowner's association or condominium dues | | 20e. $ | 0.00 |
| 21. | Other: Specify:   **Annual Car Registration $184/12** | | 21. +$ | 15.33 |
| | **Barber/Beauty (Family)** | | +$ | 30.00 |

| 22. | Calculate your monthly expenses | | | |
|---|---|---|---|---|
| | 22a. Add lines 4 through 21. | | $ | 4,361.24 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | | $ | 4,361.24 |

| 23. | Calculate your monthly net income. | | | |
|---|---|---|---|---|
| | 23a. Copy line 12 (your combined monthly income) from Schedule I. | | 23a. $ | 4,721.24 |
| | 23b. Copy your monthly expenses from line 22c above. | | 23b. -$ | 4,361.24 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your monthly net income. | | 23c. $ | 360.00 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.

☐ Yes.     Explain here:

| Debtor 1 | ALBERT VARGAS MOLINA | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

Case number 3:18-bk-5788
(if known)

■ Check if this is an amended filing

## Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Sign Below**

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____  X _____
**ALBERT VARGAS MOLINA**  Signature of Debtor 2
Signature of Debtor 1

Date **May 4, 2019** _____  Date _____

Label Matrix for local noticing                US Bankruptcy Court District of P.R.              AEELA
0104-3                                          Jose V Toledo Fed Bldg & US Courthouse           PO Box 364508
Case 18-05788-ESL13                             300 Recinto Sur Street, Room 109                 San Juan, PR 00936-4508
District of Puerto Rico                         San Juan, PR 00901-1964
Old San Juan
Mon May 6 07:52:20 AST 2019

Chase Bank USA, N.A.                            Chase Card                                       Cornerstone
c/o Robertson, Anschutz & Schneid, P.L.         PO Box 15298                                     PO Box 61047
6409 Congress Avenue, Suite 100                 Wilmington, DE 19850-5298                        Harrisburg, PA 17106-1047
Boca Raton, FL 33487-2853


DEPARTMENT OF TREASURY                          DTOP                                             Departamento de Hacienda
          BANKRUPTCY SECTION 424 B              PO Box 41269 Minillas Station                    Bankruptcy Section
          PO BOX 9024140                        San Juan, PR 00940-1269                          235 Ave Arterial Hostos Ste 1504
          SAN JUAN, PR 00902-4140                                                                San Juan, PR 00918-1451


Departamento de Hacienda                        Discover Bank                                    Discover Fin Svcs LLC
PO Box 9024140                                  Discover Products Inc                            PO Box 15316
San Juan, PR 00902-4140                         PO Box 3025                                      Wilmington, DE 19850-5316
                                                New Albany, OH 43054-3025


Fondo Coop                                      (p)PORTFOLIO RECOVERY ASSOCIATES LLC             Syncb/Sams Club
PO Box 42006                                    PO BOX 41067                                     PO Box 965005
San Juan, PR 00940-2206                         NORFOLK VA 23541-1067                            Orlando, FL 32896-5005


Syncb/tjx Cos                                   ALBERT VARGAS MOLINA                             JOSE RAMON CARRION MORALES
PO Box 965015                                   URB LOS AIRES SERENOS 10 ARGON ST                PO BOX 9023884
Orlando, FL 32896-5015                          ARECIBO, PR 00612                                SAN JUAN, PR 00902-3884


MONSITA LECAROZ ARRIBAS                         ROBERTO FIGUEROA CARRASQUILLO
OFFICE OF THE US TRUSTEE (UST)                  PO BOX 186
OCHOA BUILDING                                  CAGUAS, PR 00726-0186
500 TANCA STREET  SUITE 301
SAN JUAN, PR 00901



                The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
                by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Portfolio Recovery Associates, LLC              End of Label Matrix
POB 12914                                       Mailable recipients      19
Norfolk VA 23541                                Bypassed recipients       0
                                                Total                    19