# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

IN RE: **ALBERT VARGAS MOLINA**
SSN xxx-xx-4555

CASE NO: **18-05788-ESL**

Debtor(s)

**Chapter 13**

- AMENDED -

## TRUSTEE'S OBJECTION TO PROPOSED PLAN CONFIRMATION UNDER SECTION 1325

*ATTORNEY FEES AS PER R 2016(b) STATEMENT:

Attorney of Record: **ROBERTO FIGUEROA CARRASQUILLO***

Total Agreed: **$3,000.00**    Paid Pre-Petition: **$127.00**    Outstanding (Through the Plan): **$2,873.00**

*TRUSTEE'S POSITION RE CONFIRMATION UNDER U.S.C. §1325

**Debtor's/s' Commitment Period:** ☐ Under Median Income 36 months  ☒ Above Median Income 60 months §1325(b)(1)(B)
☐ The Trustee cannot determine debtor's/s' commitment period at this time.    Projected Disposable Income: **$52,253.40**

Liquidation Value: **$1,238.00**    Estimated Priority Debt: **$2,631.48**

If the estate were liquidated under Chapter 7, nonpriority unsecured claims would be paid approximately **$0.00**

With respect to the (amended) Plan date: **May 06, 2019 (Dkt 20)**    Plan Base: **$20,515.00**

The Trustee:    ☐ DOES NOT OBJECT    ☒ OBJECTS    Plan Confirmation    Gen. Uns. Approx. Dist.: **86 %**

The Trustee objects to confirmation for the following reasons:

[1325(a)(6)] Insufficiently Funded – Plan funding insufficient to comply with Above Median Income Debtor(s) Projected Disposable Income. [1325(b)(4)]

-Debtor's plan must be sufficiently funded to pay 100% of the allowed GU claims. The minimum base needed totals approximately $23,300.00

*OTHER COMMENTS / OBJECTIONS

NONE.

**CERTIFICATE OF SERVICE:** The Chapter 13 Trustee herewith certifies that a copy of this motion has been served via first class mail on the same date it is filed to: the DEBTOR(S), and to her/his/their attorney throught CM-ECF notification system.

/s/ Jose R. Carrion, Esq.
**CHAPTER 13 TRUSTEE**
PO Box 9023884, San Juan PR 00902-3884
Tel. (787)977-3535 Fax (787)977-3550

Date: May 24, 2019

/s/ Juliel Perez, Esq.

Last Docket Verified: 18    Last Claim Verified: 6    CMC: RC