IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>ALBERT VARGAS MOLINA<br><br>xx-xx-4555<br><br>Debtor | CASE NO. 18-05788 ESL<br>Chapter 13<br><br><br><br>FILED & ENTERED ON NOV/04/2020 |

ORDER AND NOTICE

A hearing is hereby scheduled for March 24, 2021, at 3:00 PM, via Skype for Business. All parties that wish to appear at the Skype for Business hearing must familiarize themselves and follow the Procedures for Remote Appearances, found on the homepage of our Website at https:\\prb.uscourts.gov; to consider the following:

1. Debtor's motion for post-confirmation of chapter 13 plan dated 9/22/2020 (docket #36); Trustee's unfavorable recommendation (docket #45); Debtor's reply to Trustee's objection to plan (docket #47);

2. Debtor's motion requesting entry of order for exemption to pay general unsecured pool of B22C means test due to special circumstances (docket #43); Trustee's position (docket #46).

The Clerk shall give notice to all parties in interest.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 4 day of November, 2020.

*Enrique S. Lamoutte*
United States Bankruptcy Judge